IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DIET DRUGS (PHENTERMINE/ :
FENFLURAMINE / DEXFENFLURAMINE :
PRODUCTS LIABILITY LITIGATION) : MDL DOCKET NO. 1203

THIS ORDER RELATES TO THE GILL,
LADNER & PRIEST (F/K/A EAVES LAW
FIRM) CASES LISTED LISTED ON EXHIBIT A

PRETRIAL ORDER NO. 8338

AND NOW TO WIT: This 10TH day of November 2009 it having been advised that all claims between all the parties in the cases listed on Exhibit A have been settled, and upon Order of the Court pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby:

ORDERED that, pursuant to agreement of counsel, the actions listed on Exhibit A, including any and all claims, counterclaims, cross-claims and third party claims therein are DISMISSED with prejudice and without costs as to all parties.

MICHAEL E. KUNZ, Clerk of Court

BY: *Tom Dempsey*
Tom Dempsey
Deputy Clerk

**EXHIBIT A**
Gill, Ladner & Priest (f/k/a Eaves Law Firm)
MDL Plaintiffs
Multi-Plaintiff Cases
11/4/2009

| # | Plaintiff Name | Case Name | MDL No. | Transferor Court |
|---|---|---|---|---|
| 1 | Yount, Charlotte | Joyner, Janet L., et al. | 04-27245 | MSN |